UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MARIA KOUTNY,                  )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-598 (RWR)
                               )
CARLA J. MARTIN,               )
                               )
        Defendant.             )
_____)
                               )
STEPHEN K. HOLLAND,            )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-606 (RWR)
                               )
CARLA J. MARTIN,               )
                               )
        Defendant.             )
_____)
                               )
EILEEN BERTORELLI-ZANGRILLO,   )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-757 (RWR)
                               )
CARLA J. MARTIN,               )
                               )
        Defendant.             )
_____)
                               )
RUTH FALKENBERG,               )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-758 (RWR)
                               )
CARLA J. MARTIN,               )
                               )
        Defendant.             )
_____)
```

-2-

| | | |
|---|---|---|
| ELIZABETH GAIL HAYDEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-811 (RWR) |
| CARLA J. MARTIN, | ) ) ) | |
| Defendant. | ) ) | |
| MARY BAVIS, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-812 (RWR) |
| CARLA J. MARTIN, | ) ) ) | |
| Defendant. | ) ) | |
| MICHAEL KEATING, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-813 (RWR) |
| CARLA J. MARTIN, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER TO SHOW CAUSE**

It is hereby

ORDERED that plaintiffs shall show cause in writing by June 21, 2006, why the above-captioned cases should not be consolidated under Federal Rule of Civil Procedure 42(a).

-3-

SIGNED this 1st day of June, 2006.

                                          /s/
                               RICHARD W. ROBERTS
                               United States District Judge

Case 1:06-cv-00813-RWR    Document 3    Filed 06/02/2006    Page 3 of 3