UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL KEATING,<br>      Plaintiff,<br>vs.<br><br>CARLA J. MARTIN, Individually,<br>      Defendant | )<br>)<br>)<br>)<br>) Case No.: 1:06 CV 813-RWR<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CORRECTION**

Plaintiff, by undersigned counsel provides this Notice of Correction pursuant to Local Civil Rule 11.1. The full residence address of the plaintiff is:

Michael Keating
87 Wilkinson Street
Worcester, MA 01606

Respectfully Submitted,

/s/ Mary Schiavo
Mary Schiavo
DC Bar No. 440175
Motley Rice, LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000